**Order entered May 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01079-CR

**HENRY ANDRE WINZER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00334-422-F**

## ORDER

The State's motion to extend the time in which to file its brief is **GRANTED**. The brief is deemed timely filed as of May 18, 2015.

/s/    ELIZABETH LANG-MIERS
         PRESIDING JUSTICE